# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sue A. Haglind,

                     Plaintiff,        Civil No. 11-3008 (RHK/SER)

v.

U.S. Bank National Association;
CSC Credit Services, Inc.;
Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
and Trans Union, LLC;

                     Defendants.

**ORDER OF DISMISSAL OF COUNTERCLAIM**

      Based upon the Stipulation of Dismissal of Counterclaim filed by Plaintiff/Counter Defendant Sue A. Haglind and Defendant/Counter Plaintiff U.S. Bank National Association, on January 31, 2012, **IT IS ORDERED** that the Counterclaim against Plaintiff in the above-captioned matter is **DISMISSED WITH PREJUDICE** on the merits, and without costs, disbursements, or attorney fees to any party pursuant to Fed. R. Civ. P. 41(a).

Dated: February 2, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge