**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Sue A. Haglind,                                             Civil No. 11-3008 (RHK/SER)

      Plaintiff,                                             **ORDER**

v.

U.S. Bank National Association, CSC Credit
Services, Inc., Equifax Information Services LLC,
Experian Information Solutions, Inc., Trans
Union, LLC,

      Defendants.

_____

      Pursuant to the Stipulation (Doc. No. 44) between Plaintiff Sue A. Haglind and Defendant Trans Union, LLC, **IT IS ORDERED** that all claims of Plaintiff Sue A. Haglind against Defendant Trans Union, LLC **only** are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.  The Court will retain jurisdiction for sixty days to enforce the settlement.

Dated:  August 21, 2012

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge