# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sue A. Haglind, | Civil No.: 11-3008 (RHK/SER) |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. Bank National Association, CSC Credit Services, Inc., Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union, LLC, | |
| Defendants. | |

Pursuant to the settlement between Plaintiff and Defendants CSC Credit Services, Inc. ("CSC"), and Equifax Information Services LLC ("Equifax"), **IT IS ORDERED** that Plaintiff's claims against CSC and Equifax are **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to either party.  The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

Dated:  August 30, 2012

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge