# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sue A. Haglind, | Civil No. 11-3008 (RHK/SER) |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. Bank National Association;<br>CSC Credit Services, Inc.;<br>Equifax Information Services LLC;<br>Experian Information Solutions, Inc.; and<br>Trans Union, LLC; | |
| Defendants. | |

Pursuant to the settlement between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), **IT IS ORDERED** that Plaintiff's claims against Experian are **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to either party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

Dated: September 10, 2012

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge